UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-30824 |
|---|---|
| Glenda A Freeman | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045227**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 10 | AMERICAN GENERAL FINANCIAL SERVICES<br>601 NW 2nd ST<br>EVANSVILLE, IN  47708 | 67.17 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2010

Certificate of Service   09-30824

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Glenda A Freeman
5073 Well Fleet Drive
Dayton, OH  45426

SCOTT A KRAMER
2275 MIAMISBURG-CENTERVILLE RD
SUITE 400
DAYTON, OH  45459

(10.4)
AMERICAN GENERAL FINANCE
7702 HOKE RD
CLAYTON, OH  45315

(10.3)
AMERICAN GENERAL FINANCE
6425 PENSACOLA BLVD STE 3
PENSACOLA-NS, FL  32505-1701

(10.1)
AMERICAN GENERAL FINANCIAL
SERVICES
601 NW 2nd ST
EVANSVILLE, IN  47708

(39.1n)
ECAST SETTLEMENT CORPORATION
% BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ  85712

(33.1n)
HOUSEHOLD REALTY CORP
BOX 21188
EAGAN, MN  55121

(37.1n)
HSBC FINANCE CORPORATION
BOX 829009
DALLAS, TX  75382

(38.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(41.1n)
REIMER ARNOVITZ CHERNEK & JEFFREY CO
BOX 968
2450 EDISON BOULEVARD
TWINSBURG, OH  44087

(35.1n)
SCOTT P CIUPAK
4500 COURTHOUSE BLVD
SUITE 400
STOW, OH  44224

(34.1n)
STEPHEN D MILES
18 W MONUMENT AVE
DAYTON, OH  45402

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv

0930824_42_20101116_1522_278/T317_sv
###